IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GERRICK DARELL WILLIAMS, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-347-JRG-RSP |
| DART TRANSIT COMPANY, FLEETLINE, QUANTREZ MURRAY, and KWANAZA LOVE | § § § § § | |
| *Defendants.* | § § | |

## ORDER

Defendants previously filed Motions to Dismiss (Dkt. Nos. 5, 6, 7, 9.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 60), recommending grant of Defendants' Motions to Dismiss. Williams has now filed Objections (Dkt. No. 61.)

After conducting a *de novo* review of the briefing on the Motions to Dismiss, the Report and Recommendation, and the briefing on Williams's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Williams's Objections and **ADOPTS** the Report and Recommendation and orders that the Motions to Dismiss (Dkt. Nos. 5, 6, 7, 9) are **GRANTED**.

Accordingly, all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 24th day of March, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE